**Willie E. POLITE, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

May 27, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Craig M. CAPORUSCIO, Petitioner.**

Supreme Court of Pennsylvania.

May 27, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of May 2009, the Petition for Allowance of Appeal is DENIED.

Justice McCAFFERY did not participate in the consideration or decision of this matter.